NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HYBIR, INC.,**
*Appellant*

**v.**

**VEEAM SOFTWARE CORPORATION,**
*Appellee*

---

2022-1443, 2022-1444

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01039, IPR2020-01040.

---

**JUDGMENT**

---

SETH OSTROW, Meister Seelig & Fein LLP, New York, NY, argued for appellant.  Also represented by ROBERT FEINLAND.

BYRON LEROY PICKARD, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee.  Also represented by DANIEL S. BLOCK, STEVEN PAPPAS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 14, 2023 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |